Page 1

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE

2

3

4   KNOWLEDGELAKE, INC.,        )
                                )
5                Plaintiff,     )
                                )
6   vs.                         ) No. 20-425 MAK
                                )
7   PFU AMERICA, INC.,          )
                                )
8                Defendant.     )

9

10

11

12              VIDEOTAPE DEPOSITION OF GARY

13   WAHLIG, a Witness, taken on behalf of the

14   Defendant, before Alison A. Tracy, Missouri CCR

15   No. 554, pursuant to Amended Notice, on the 16th

16   day of June, 2021, via Zoom.

17

18

19

20

21

22

23

24

25

Page 2

```
 1              A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF:

 4        Mr. Christopher S. Swiecicki
          SWIECICKI & MUSKETT, LLC
 5        16100 Chesterfield Parkway W, Suite 368
          Chesterfield, Missouri  63017
 6        Chris@SwiecickiLaw.com

 7

     FOR THE DEFENDANT:

 8

          Ms. Lindsay Jakubowitz
 9        McGUIREWOODS LLP
          1251 Avenue of the Americas
10        20th Floor
          New York, New York  10020
11        ljakubowitz@mcguirewoods.com
12                and
13        Mr. Andrew Hodges
          Senior Corporate Counsel
14        PFU America

15

16   VIDEOGRAPHER:

17        Justin Bond
          Veritext

18

19

20

21

22

23

24

25
```

```
                                            Page 12
```

1    reach out to the global hotline?

2         A.    I E-mailed them once in I think March of

3    2018, but that was really the extent of my

4    involvement.

5         Q.    Did you have occasion to access the

6    portal link?

7         A.    On occasion I would go in and check

8    Retail Link to look at invoices, but Retail Link

9    portal was not all that user friendly.

10         Q.    How often do you think you accessed that

11    portal?  Let's say, a couple times a year?

12    Couple times a month?

13         A.    I would say a few times a year.

14         Q.    And just backing up for one moment.

15    What did you do to prepare for your deposition

16    today?

17         A.    Prepare, like, I guess, what do you mean

18    by prepare?

19         Q.    Did you meet with your counsel?

20         A.    Yesterday I did.

21         Q.    For about how long?

22         A.    It was probably 45 minutes.

23         Q.    And did you review documents?

24         A.    Provided I guess the exhibits that were

25    part of the process here.

1      Q.    What did you work with Jordan on?

2      A.    As far as the renewal process goes?

3      Q.    In general.  What kind of work did you

4   do with Jordan in your time at KnowledgeLake?

5      A.    I guess recently, in my current role as

6   director of diverse security operations, dev ops

7   and IT, working on renewals for our SAS

8   customers.  Back in my role in professional

9   services it would have been on the Walmart

10   renewal process.

11      Q.    And as part of the Walmart renewal

12   process you would review the quotes that

13   accounting would send to Walmart?

14      A.    I would be the one generating these

15   statements of work for professional services, any

16   of those types of quotes, and negotiate like the

17   tier 2 support rate with Walmart and a member of

18   our sales team.  Sometimes that involved other

19   executives, because the executive team did get

20   involved in the largest account that the company

21   had since it was the most sizeable part of the

22   business operations.

23      Q.    So in general you dealt with reviewing

24   the statements of work?

25      A.    I would generate statements of work.  So

```
                                              Page 20
 1        Q.   Right.  So I'm just going to scroll back

 2   up here to number 3, and remind you that you are

 3   labeled in this document and you told me that you

 4   drafted it, so I assume you have some knowledge

 5   about how it worked.  Is that not right?

 6        A.   Correct.

 7        Q.   It is correct that you have knowledge of

 8   how it worked?

 9        A.   Of how the process works?  How the

10   document --

11        Q.   Yes.

12        A.   Yes.

13        Q.   So would it be accurate to state that

14   the Walmart maintenance invoices are typically

15   sent out in the January, February timeframe to

16   align with Walmart's fiscal year?

17        A.   Yes, I believe so.

18        Q.   Do you know when the Walmart invoice was

19   normally paid?

20        A.   I would imagine within the terms of the

21   invoice.

22        Q.   Do you know if there were any major

23   changes to this process over the years?

24        A.   To the invoicing process?

25        Q.   Uh-huh.
```

Page 21

1      A.    The invoices for Walmart often got

2    overly complicated.   So when my role kind of

3    evolved, I tried to work with internal

4    stakeholders to make the process smoother.

5      Q.    Do you know if it changed between

6    December 13, 2017 and March of 2018?

7      A.    Can you repeat that, please?

8      Q.    Do you know if the invoicing process

9    changed between December 13, 2017, which is when

10   this document was last updated, and March of

11   2018?

12     A.    I don't believe the process to issue the

13   invoices changed.

14     Q.    In your role at KnowledgeLake around

15   this timeframe, in the December of 2017 to March

16   of 2018 timeframe, were you ever asked to collect

17   a payment that was past due?

18     A.    I was requested to inquire on the status

19   of an invoice.   I didn't really have the means to

20   collect on an invoice.   We could check Retail

21   Link, we could call the global business services

22   help desk or whatever that was called and provide

23   our vendor number and go through their IVR system

24   to try to attain the status of an invoice.

25   Typically that was handled by project managers in

Page 22

1   professional services.  But on occasion, in March

2   of 2018 I did get contacted by Bernie Schweiss to

3   check on the status of an invoice due to the

4   imminent merger acquisition.

5        Q.   So you didn't typically check in on late

6   invoices?

7        A.   That would have been the project

8   managers that would have been checking on

9   invoices.  Professional services kept a

10  spreadsheet of the status of all invoices so we

11  could match up what has been paid in field glass

12  after Walmart changed their system, so we had to

13  enter time in the KnowledgeLake timesheet system

14  and enter our time in a Walmart timesheet system,

15  they had to match up so there would be no

16  discrepancies on invoices.

17       Q.   That's your time.  Did you ever check on

18  an invoice that was late, like meaning the client

19  hadn't paid it yet?

20       A.   As I mentioned, we would call the help

21  desk and looked at that.  We also had access to

22  Walmart's AP solutions, since that was the

23  solution that KnowledgeLake kind of developed and

24  managing, so we could actually view if an invoice

25  hadn't arrived in their system yet, since they

1   did get mailed and then scanned into the system.

2   So we had access to check and see if they made it

3   into the system yet.

4       Q.   And that was something that you

5   typically did?

6       A.   Typically I would say no.  On occasion

7   we would check if it was something that hadn't

8   been paid yet.  Our accounting team provided

9   something on the aging report where it was

10  essentially overdue.

11      Q.   But this is something you had done

12  before March of 2018?

13      A.   More than likely at some point.

14      Q.   Do you know if there are any other

15  written procedures about the collection of late

16  payments besides this maintenance renewal

17  platform?

18      A.   That would have been all accounting and

19  that was not my area of focus, by any means.

20      Q.   I am going to introduce the next exhibit

21  which I guess will be Gary 2.  It is the

22  Complaint that KnowledgeLake filed in this

23  action.  Do you recognize this document?

24      A.   Not offhand.

25      Q.   Do you want to take a minute to review

```
                                          Page 25
 1      A.    I did work with Bernie on the Walmart
 2   account.  He was pretty involved.
 3      Q.    Do you know what his role was at
 4   KnowledgeLake?
 5            MR. SWIECICKI:  Can we clarify what
 6   period of time?
 7      Q.    (By Ms. Jakubowitz)  During the time
 8   that you had this chat on March 21, 2018 do you
 9   know what Bernie's role was in KnowledgeLake?
10      A.    I believe at the time he was the
11   president of KnowledgeLake.
12      Q.    How frequently did you interact with
13   him?
14      A.    Not daily, but I would say there were
15   more interactions with Bernie around any Walmart
16   thing that could drive revenue.  So if we were
17   approaching a fiscal year, to start getting
18   quotes ready or statements of work ready, he was
19   involved.  If we were pitching a new idea, like
20   switching them to the Cloud, he was involved in
21   that.  So the frequency kind of varied.  Did that
22   answer the question?
23      Q.    Yes.  What is the help desk that is
24   referenced in this document?
25      A.    The help desk is a Walmart help desk.
```

Page 29

1    anything particularly unusual about this
2    conversation, and I believe you testified that
3    you thought it was unusual for Bernie to be
4    asking you about an invoice, but that Dot was out
5    of the office and you regularly spoke to Bernie.
6    So I'm trying to figure out specifically under
7    those set of facts whether you think this
8    conversation was unusual?
9        A.   It definitely wasn't, I guess, a normal
10   course of business thing.
11       Q.   Why do you say that?
12       A.   I had never worked with anyone really
13   outside of accounting on invoices.
14       Q.   I'm going to turn -- I'm going to scroll
15   back to the invoice, which was attached to the
16   Complaint as part of this Exhibit A as well.  It
17   is just a few pages, it is just a few pages down.
18   Is this the invoice that you believe you were
19   contacting help desk about as part of -- that
20   Bernie asked you to contact help desk about?
21       A.   Yes, that's the FY19 invoice for the
22   period.
23       Q.   Do you see when it was dated?
24       A.   February 15, 2018.
25       Q.   And does it say Net 30 Days?

```
                                                    Page 30
```

 1      A.   Yes.

 2      Q.   Do you know what that means?

 3      A.   It is due 30 days from the invoice date.

 4      Q.   So do you know when the payment was

 5 made?

 6      A.   No.

 7      Q.   But you don't believe it was made as of

 8 March 21st?

 9      A.   No; otherwise I wouldn't have been

10 contacting the help desk.

11      Q.   And it was already late at that point?

12      A.   It would have been due on 3/17.  I don't

13 know what the -- February has 28 days.  A 30 day

14 term is.

15      Q.   I'm going to scroll up, which is part of

16 this Exhibit A that was attached to the

17 Complaint.  Do you recognize this E-mail that you

18 sent on March 21, 2018?

19      A.   Yes.

20           MR. SWIECICKI:  Lindsay, just for

21 the record, this is the other document that I

22 reviewed with Gary yesterday prior to his

23 deposition.

24           MS. JAKUBOWITZ:  Okay.  Thanks.

25           MR. SWIECICKI:  You're welcome.

Page 31

1      Q.    (By Ms. Jakubowitz)   So you have seen it
2    before.   Do you remember the circumstances of
3    this E-mail?
4      A.    This was, since the IVR system didn't
5    work this was the only other means that I could
6    pursue to try to inquire on the status of the
7    invoice.
8      Q.    Who asked you to send this E-mail?
9      A.    Indirectly it would have been Bernie
10   since he was inquiring on the status and I
11   couldn't get through to the help desk.
12     Q.    What do you mean by indirectly it was
13   Bernie?
14     A.    Since he had pinged me on IM, this was I
15   think in the IM history.   It explains that I
16   tried to call.   The only other option to try to
17   find out the status of the invoice.
18     Q.    How do you know that this was another
19   option?
20     A.    It is what our project managers have
21   done in the past.
22     Q.    Do you know that because you have also
23   done this in the past?
24     A.    This was the only E-mail that I have
25   ever sent to that recipient.

Page 32

1      Q.    Have you contacted other folks at
2  Walmart about late payments?
3      A.    It could have come up when we had like
4  monthly meetings where our senior manager
5  contacted Walmart, but we would never kind of go
6  outside from like an escalation standpoint.
7      Q.    I'm going to introduce a document dated
8  June 25, 2015 with the Bates label KnowledgeLake
9  00001700.   Are you able to see the document?
10     A.    Yes.
11     Q.    I'm introducing this as Gary 3.   Can you
12  take a moment to review it?
13     A.    Okay.
14     Q.    This is an E-mail sent by you, is that
15  correct?
16     A.    Correct.
17     Q.    This one appears to be to your
18  accounting department.   But can you read me that
19  first sentence here.
20     A.    "The April 2015 invoice is well past
21  due, eight weeks, and still has not been indexed
22  so it isn't even in the workflow system at
23  Walmart."
24     Q.    And how do you know that it wasn't in
25  the index system at Walmart?

Page 33

1    A.    The AP system is what KnowledgeLake was

2    involved in and managing at Walmart.

3    Q.    Can you read three sentences in, "Both

4    invoices."

5    A.    "Both invoices are beyond the typical 20

6    days it takes to get mailed, be scanned and get

7    indexed to reach workflow."

8    Q.    How would you have known the typical

9    timeframe that it took for your invoices to go

10   out?

11   A.    We kept a spreadsheet of all of the

12   invoices for Walmart and when they got sent, when

13   they were paid, that type of stuff.

14   Q.    So you were involved, at least in 2015,

15   in the invoicing process for Walmart, is that

16   right?

17   A.    Correct.   With the Walmart timesheet

18   system and the third-party Field Glass there were

19   challenges keeping all of the invoices synced up

20   with the timesheet systems.

21   Q.    So at that time, at least, you were

22   reviewing invoices to make sure they went out and

23   you would have known if they were late?

24   A.    I would have been reviewing them, yeah.

25   The project manager typically kept track of all

Page 34

1   of those.

2        Q.    Can you read the, "I printed hard copy"

3   sentence.

4        A.    "Therefore, I printed hard copies and

5   dropped them in the mail at USPS today."

6        Q.    So, are you sending these invoices to

7   Walmart yourself, or to somebody in accounting?

8        A.    The project manager typically printed

9   the invoices and dropped them in the mail since

10  it was in Bentonville so they would receive them

11  quicker.

12       Q.    Sure.  But this E-mail is from you and

13  you said here, "I printed the hard copies and

14  dropped them in the mail," right?

15       A.    Correct.

16       Q.    So typically it was the accounting

17  manager, but at least in this particular case you

18  were actively involved?

19       A.    Yes, in this case I printed the invoices

20  and mailed them.

21       Q.    And if you look a little farther down it

22  seems that you at least have access here to the

23  invoice date, the amount, and when it was issued?

24       A.    Correct.

25       Q.    I would like to introduce a document

Page 36

1    March of 2016.  Can you read the first sentence

2    to me?

3        A.    "Please advise if the Walmart help desk

4    has been contacted for payment of $222,332.06 for

5    the DMOSS software maintenance for FY2017."

6        Q.    Do you think it would have been fair to

7    say that at least in 2016 you were aware if a

8    maintenance payment might have been due, is that

9    something you would have known in your role at

10   KnowledgeLake at the time?

11       A.    Based on the aging report that is shared

12   by accounting.

13       Q.    And it is also fair to say that at that

14   time you would have been actively engaged with

15   accounting to make sure the Walmart help desk was

16   contacted to check on those payments?

17             MR. SWIECICKI:   I'm going to

18   object.   You can answer, Gary.

19       A.    Yes, the Retail Link system was

20   something that we had to get the accounting

21   members access to, so it was either myself or a

22   project manager that were the, I guess like

23   Retail Link administrators.   So if we on-boarded

24   or off-boarded a member of the accounting team,

25   they would have to get access either granted or

Page 37

1    revoked based on the circumstance of that system.

2        Q.    (By Ms. Jakubowitz)    Retail Link is a

3    Walmart system?

4        A.    Correct.

5        Q.    And that's something you had access to?

6        A.    Correct.

7        Q.    Just rolling up a little bit.  If you

8    look at the sort of second paragraph, what does

9    that first sentence say?

10       A.    Are you talking about the first E-mail

11   at the top?

12       Q.    Yes.  Invoice 151.

13       A.    "It can take 30 days from the date that

14   we mail the invoice for them to even input it

15   into their system to process."

16       Q.    No, the one before that.

17       A.    "Invoice 15100220M is still not in their

18   system."

19       Q.    Do you know if invoices that end in the

20   word M are usually for maintenance?

21       A.    That is my understanding.

22       Q.    So around this time, again 2016, you

23   would have at least been working with accounting

24   about late payments for maintenance, that's

25   something you would have been involved in?

Page 38

1      A.   I would have been I guess informed of it

2  from an accounting standpoint since it did impact

3  the licensing renewals and reactivations.

4      Q.   Did you testify earlier that you had

5  access to Retail Link yourself?

6      A.   Yes.

7      Q.   And that you were actively involved in

8  getting your accounting folks access to Retail

9  Link?

10     A.   Yes.

11     Q.   So if they had issues accessing Retail

12  Link, you might be involved in troubleshooting or

13  something like that?

14     A.   If they had issues accessing the system

15  after we got them set up they would have had to

16  go through the Walmart system to get their

17  password reset or whatever it may be.

18     Q.   Did you ever access the system yourself?

19     A.   The Retail Link system?

20     Q.   Yes.

21     A.   Yes.

22     Q.   How regularly?

23     A.   Infrequently.

24     Q.   More than once a year?

25     A.   Maybe a few times a year I think is what

1    I mentioned earlier.

2        Q.    Why did you have credentials to log into

3    this system?

4        A.    I was the key point of contact for

5    Walmart so it was one of the responsibilities as

6    my role.

7                    MS. JAKUBOWITZ:  If it is okay with

8    you, I think this is a good time for a 10 minute

9    break, if that's okay with Chris.

10                    MR. SWIECICKI:  Yes, absolutely.

11                    THE VIDEOGRAPHER:  We are off the

12    record at 9:52.

13                    (Short recess was taken.)

14                    THE VIDEOGRAPHER:  We are back on

15    the record at 10:04.

16        Q.    (By Ms. Jakubowitz)  Gary, did you

17    discuss your testimony with Chris or any other

18    attorney over the break?

19        A.    I haven't called Chris.

20        Q.    Did you discuss your testimony in the

21    deposition that you have given so far today?

22        A.    I guess it wouldn't qualify as a

23    discussion.

24        Q.    So, I don't want to breach

25    attorney/client privilege, but I need to know if

Page 49

1    the middle and couldn't really move forward with

2    my responsibilities to keep the Walmart software

3    running without the invoice being processed.

4         Q.    So you had to know whether or not

5    Walmart paid, in order to do your job?

6         A.    Essentially, yes.

7         Q.    So you would have known their payments

8    were late?

9         A.    Based on the aging report.

10         Q.    And you had access to the system that

11    demonstrated whether or not their invoices were

12    paid?

13         A.    Correct.   Since KnowledgeLake managed

14    the AP solution at Walmart, we actually went in

15    and created a private view in SharePoint to see

16    if we could filter on our vendor number to

17    monitor the status of invoices.

18         Q.    And on some occasions you accessed that

19    system and checked if the payments had been made?

20         A.    We couldn't tell if the payments had

21    been made.   That was only visibility into the

22    fact that Walmart received their invoice.   So

23    once the invoice was received, we kept track of

24    each invoice and when it got paid so we knew

25    typically how long it took for an invoice to get

Page 54

1                    C E R T I F I C A T E

2                    I, Alison A. Tracy, a Certified

3    Court Reporter of the State of Missouri, do

4    hereby certify:

5                    That prior to being examined the

6    witness was by me duly sworn;

7                    That said deposition was taken down

8    by me in shorthand at the time and place

9    hereinbefore stated and was thereafter reduced to

10   writing under my direction;

11                   That I am not a relative or employee

12   or attorney or counsel of any of the parties or a

13   relative or employee of such attorney or counsel

14   or financially interested in the action.

15                   WITNESS my hand this 21st day of

16   June, 2021.

17

18

19                   *Alison A. Tracy*

20                   Alison A. Tracy, CCR #554

21

22

23

24

25