## STIPULATED FACTS

1. KnowledgeLake, Inc. ("Plaintiff" or "New KL") is incorporated in the State of Delaware.

2. Plaintiff is a software company that utilizes intelligence to interpret documents and sort them electronically in separate files.

3. PFU America Group Management, Inc., now known as PFU America, Inc. ("Defendant" or "PFU") is incorporated in the State of California.

4. Plaintiff and Defendant entered into a Stock Purchase Agreement ("SPA"), whereby Defendant sold all of the issued and outstanding shares of KnowledgeLake, Inc., a Missouri company ("Old KL") to Plaintiff.

5. From May 2013 to March 30, 2018, PFU owned 100% of the shares of Old KL.

6. PFU's fiscal year ended on March 31.

7. Ron Cameron was CEO of Old KL from January 2001 to October 1, 2016.

8. In 2017, PFU decided to sell Old KL.

9. The SPA was signed on March 23, 2018 and the Closing took place on March 30, 2018.

10. A portion of the purchase price for the shares was equal to the "Cash Equivalents" minus the "Closing Cash." Cash Equivalents were all cash on hand as 11:59:59 p.m. CT on March 29, 2018.

11. Walmart Inc. ("Walmart") was a customer of the Company for over a decade before the sale of the Company.

12. Walmart was KL's largest customer.

13. Walmart had a portal through which Dot Vigil occasionally submitted Walmart invoices. Old KL also submitted Walmart invoices via mail.

14. Gary Wahlig was the Walmart account manager at Old KL.

15. As the account manager for Walmart, Gary Wahlig spent time in Bentonville, Arkansas working directly with Walmart personnel.

16. Wahlig had access to Walmart's online accounts payable system because he was the key point of contact for Walmart and he would access the system a few times a year.

17. Due to the type of work the Company was performing for Walmart, Wahlig had access to Walmart's accounts payment software and could see what payments were scheduled to be made.

18. Annual maintenance contracts were typically sent to Walmart in the January/February timeframe to align with Walmart's fiscal year.

19. Old KL's standard procedure was to follow up with a customer two weeks after an invoice had been generated to make sure that the customer had received the invoice, that there were no questions and that the invoice was set up for payment. If Old KL had not received payment in 30 days, they would follow up and then start a standard collection process involving phone calls and emails.

20. In March 2018, Robin Heissler was aware that Walmart had numerous invoices that were past due and in the normal course, Old KL was reaching out to Walmart to pay them.

21. Wahlig informed Schweiss that no payment was scheduled to be made before the closing.

22. Dot Vigil was actively involved in trying to collect the past due Walmart invoices in March 2018.

23. In March 2018, Ron Cameron asked Robin Heissler if Old KL was actively collecting the past due invoices and Heissler told Cameron that they were.

24. At the time Cameron agreed to Tsurumi's proposal on March 22, 2018, Cameron knew that PFU's fiscal year ended on March 31.

25. At the time Cameron agreed to Tsurumi's proposal on March 22, 2018, he knew that it was important to PFU that the money be collected prior to the close of the sale of Old KL.

26. At the time Cameron agreed to Tsurumi's proposal on March 22, 2018, Cameron was aware that in the stock purchase agreement to be signed by the parties, PFU represented and warranted that since December 31, 2017, Old KL had "conducted its businesses only in … the ordinary course of such businesses consistent with past practice, and there has not been any … acceleration in the collection of any accounts or notes…, other than in the ordinary course of business" without "prior written consent" of the buyer of Old KL.

27. Cameron agreed to Tsurumi's proposal on March 22 because he believed that any payment made by Walmart prior to the Closing would have resulted from Old KL acting outside the ordinary course of business.

28. Cameron agreed to Tsurumi's proposal on March 22 because he believed that if the Walmart Invoice was paid prior the Closing, PFU would have breached the "ordinary course" representation in the SPA and the buyers would have the right to sue PFU to collect the payment.

29. As per the March 22 agreement between Tsurumi and Cameron, the money paid by Walmart prior to the Closing went to PFU and the money paid by Walmart after the Closing went to New KL.

30. Before the closing of the sale of Old KL, Ron Cameron was aware that Walmart had paid the February 2018 invoice on March 26, 2018 and still chose to proceed.

31.  The sale of Old KL to New KL closed on March 30, 2018.

32.  Old KL accepted payments from customers by check, ACH payment or by credit card.