## Joint Exhibit List Between PFU and KL

| Ex. No. | Bates Number & Deposition Exhibit Number | Date | Description |
|---|---|---|---|
| 1 | KNOWLEDGELAKE00001700 | 6/25/15 | Email from Gary Wahlig to accounting@knowledgelake.com, Walmart app/dev invoices for April 2015 and May 2015 have been resubmitted |
| 2 | KNOWLEDGELAKE00003642-00003644 | 12/13/17 | KnowledgeLake Maintenance Renewal Process for Walmart |
| 3 | PFU_0002387-00002393 | 2/2/18 | Email from Kenjiro Tsurumi to Ron Cameron, RE: KL purchase |
| 4 | PFU_00002718-00002719 | 2/15/18 | Invoice from KnowledgeLake to Walmart |
| 5 | PFU_00002694-00002695 | 3/19/18 | Email from Bernie Schweiss to Hiroshi Haruki, Walmart Maintenance - Payment |
| 6 | KNOWLEDGELAKE00000069 | 3/21/18 | Email from Yasuhiro Ogura to Robin Heisler and Dot Vigil, RE: Cash receive; Walmart's A/R |
| 7 | PFU_00002716-00002719 | 3/21/18 | Email from Yasuhiro Ogura to Dot Vigil, RE: Cash receive; Walmart's A/R |
| 8 | PFU_00002725-00002726 | 3/21/18 | Email from Bernie Schweiss to Kenjiro Tsurumi, Erick Ong, and Hiroshi Haruki, payment is overdue for KnowledgeLake invoice #171212240 |
| 9 | PFU_00002744-00002748 | 3/21/18 | Email from Kenjiro Tsurumi to Ron Cameron, RE: Your Concern – CONFIDENTIAL |
| 10 | | 3/21/18 | Email from Bernie Schweiss to Gary Wahlig and Bernie Schweiss, Conversation with Gary Wahlig |
| 11 | PFU_00002712 | 3/21/18 | Email from Kenjiro Tsurumi to Ron Cameron, RE: Immediate Concern - CONFIDENTIAL |
| 12 | PFU_00003770-00003771 | 3/21/18 | Email from Robin Heisler to Ron Cameron, Fw: walmart email |

| 13 | PFU_00002720 | 3/21/18 | Email from Bernie Schweiss to Kenjiro Tsurumi, Teledyne |
| 14 | PFU_00002776-00002779 | 3/22/18 | Email from Ron Cameron to Kenjiro Tsurumi, Re: KL's Cash |
| 15 | PFU_00003271-00003272 | 4/2/18 | Email from Kenjiro Tsurumi to Yuji Matsuno, FW: [Japanese characters]: Stipulated to Translate to English |
| 16 | KNOWLEDGELAKE00002013-00002014 | 8/28/2018 | Email from Dot Vigil to Teledyne, KnowledgeLake Invoice 18080131 |
| 17 | KNOWLEDGELAKE00009481-00009482 | 10/2/18 | Email from Robin Heisler to Christy Gary, Re: official notification received from Walmart |
| 18 | KNOWLEDGELAKE00009472-00009473 | 10/18/18 | Email from Robin Heisler to Kevin Terrasi, RE: follow up to meeting 10/12 |
| 19 | PFU_00003774-00003775 | 11/15/18 | Email from Bernie Schweiss to Kenjiro Tsurumi, FW: Congratulations and Opportunity |
| 20 | | 9/3/19 | Complaint |
| 21 | | 5/27/20 | Defendant's Answer and Affirmative Defenses to Complaint |
| 22 | | 8/4/20 | Rule 26(a)(1) Initial Disclosures of Plaintiff KnowledgeLake |
| 23 | | 8/4/20 | Defendant's Rule 26(a)(1) Initial Disclosures |
| 24 | | 10/31/20 | KnowledgeLake, Inc.'s Responses and Objections to PFU America, Inc.'s First Set of Requests for Production |
| 25 | | 11/19/20 | Defendant PFU America, Inc.'s Responses to Plaintiff's First Requests for Production |
| 26 | PFU_00002823-00002861 | 3/23/18 | Stock Purchase Agreement |
| 27 | | 5/3/21 | Defendant PFU America, Inc.'s Responses and Objections to Plaintiff's Interrogatories, Set One |

| 28 | | 5/13/21 | Plaintiff's Responses and Objections to Defendant's First Set of Requests for Admission to Plaintiff |
| --- | --- | --- | --- |
| 29 | | June 2021 | Resume of Bernie Schweiss |
| 30 | PFU_00003769 | 3/26/18 | Old KL bank statement re deposit of payment from Walmart |
| 31 | KNOWLEDGELAKE000005701 | 3/20/18 | Email from Marsha Moffett to Dot Vigil, RE: Conversation following up on past due invoices to Walmart |
| 32 | KNOWLEDGELAKE000006229-000006233 | 9/18/20 | Email from Robin Heisler to Robin Heisler and Chris Swiecicki and Ron Cameron, RE: Reports with attachments of Walmart AR Aging 3/31/18, Walmart Avg Days to Pay and AR Aging 3/23/18 |
| 33 | PFU_00002343 | 1/25/18 | Email from Bernie Schweiss to Kenjiro Tsurumi and Erick Ong |
| 34 | KNOWLEDGELAKE00000138 | 2/1/18 | Email from Marsha Moffett to Dot Vigil, RE: Walmart Invoices 17110195 |
| 35 | KNOWLEDGELAKE000005698 | 3/9/18 | Email from Bernie Schweiss to Dot Vigil, RE: Conversation with Bernie Schweiss; about Steven Hovis signing upgrade forms |
| 36 | KNOWLEDGELAKE000005710-000005711 | 3/15/18 | Email from Gary Wahlig to Dot Vigil, Marsha Moffett, Chrisha Cooper, and Teresa Pisciotta, RE: Pending Walmart Invoices |
| 37 | KNOWLEDGELAKE000005712 | 4/4/18 | Email from Dot Vigil to Gary Wahlig, RE: Aging Report for Walmart |
| 38 | KNOWLEDGELAKE000005713 | 3/20/18 | Email from Bernie Schweiss to Dot Vigil, RE: CSPro Sales for PFU |
| 39 | KNOWLEDGELAKE000005714-000005715 | 3/19/18 | Email from Kenji Tsurumi to Bernie Schweiss, RE: KL Impacts |

| 40 | KNOWLEDGELAKE000005716 -000005717 | 1/29/18 | Email from Bernie Schweiss to Steven Hovis, RE: localization and translation |
| 41 | KNOWLEDGELAKE000005718 | 1/31/18 | Email from Bernie Schweiss to Gary Wahlig, RE: Accepted: FY2019 contract negotiations w/ Walmart VMO |
| 42 | KNOWLEDGELAKE000005719 | 1/31/18 | Email from Bernie Schweiss to Nadia Calderon, RE: Accepted: KnowledgeLake Meeting to discuss Walmart Contract |
| 43 | KNOWLEDGELAKE000005720 | 2/5/18 | Email from Bernie Schweiss to Gary Wahlig, RE: Accepted: Walmart account strategy session |
| 44 | KNOWLEDGELAKE000005721 | 3/22/18 | Email from Steven Hovis to Hiroshi Haruki, Jen Webb, and Bernie Schweiss, RE: Business Justification Memo Final 7_5_16 |
| 45 | KNOWLEDGELAKE000005722 -000005723 | 2/8/18 | Email from Steven Hovis to Bernie Schweiss, RE: Walmart FY2019 contracts for KnowledgeLake |
| 46 | KNOWLEDGELAKE000005725 -000005726 | 2/18/18 | Email from Bernie Schweiss to Kent Khmeier, cc Chris Allen, RE: Thanks and Checking In |
| 47 | KNOWLEDGELAKE000005727 -000005728 | 1/22/18 | Email from Bernie Schweiss to Steven Hovis, Gary Wahlis, cc Zach Lewis, RE: Important information regarding your contract with Walmart |
| 48 | KNOWLEDGELAKE000005729 -000005730 | 3/14/18 | Email from Gary Wahlig to Bernie Schweiss, Steven Hovis, cc Jason Burian and Brad Porter, RE: Walmart is about to open a technology research center in Plano's Granite Park |
| 49 | KNOWLEDGELAKE000005731 | 2/19/18 | Email from Gary Wahlig to Bernie Schweiss, RE: Walmart FY2019 app/dev SOW |