IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOWLEDGELAKE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:20-cv-00425-MAK |
| v. ) | |
| ) | |
| PFU AMERICA GROUP MANAGEMENT, INC. ) | |
| (NOW KNOWN AS PFU AMERICA, INC.), ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S JOINT EXHIBITS

In accordance with the Court's September 15, 2021 Order (ECF No. 89), the parties conferred following the September 15, 2021 Pretrial Conference in an effort to agree on a joint exhibit book. The parties were able to agree on a number of additional exhibits that Plaintiff proposed to include in the joint exhibit book. However, the "Joint Exhibit List Between PFU and KL" (ECF No. 90) submitted to the Court on September 17, 2021 failed to disclose that the parties were unable to resolve the objections put forth by Defendant to certain other exhibits included in Plaintiff's submission. Specifically, Defendant objects to exhibits 35, 38-44, and 48-49 for the reasons set forth below.

| Defendant's Objections to Plaintiff's Proposed Exhibits | | |
|---|---|---|
| **Exhibit No.** | **Identification Number** | **Defendant's Objections** |
| 35 | KNOWLEDGELAKE000005698 | Defendant objects to this exhibit on the following grounds: lack of foundation (FRE 602); relevance (FRE 402); hearsay (FRE 801, 802).<br><br>This document does not appear to relate to any dispute the Court needs to resolve. It is an instant message conversation with Dot Vigil asking Bernie Schweiss about whether Steven Hovis can approve a |

| | | |
|---|---|---|
| | | "CSPro" upgrade. No witness has testified about this document or otherwise provided context for the hearsay in the document. |
| 38 | KNOWLEDGELAKE000005713 | Defendant objects to this exhibit on the following grounds: lack of foundation (FRE 602); relevance (FRE 402); hearsay (FRE 801, 802).<br><br>This document does not appear to relate to any dispute the Court needs to resolve. It is an email exchange related to "CSPro" sales. No witness has testified about this document or otherwise provided context for the hearsay in the document. |
| 39 | KNOWLEDGELAKE000005714-000005715 | Defendant objects to this exhibit on the following grounds: lack of foundation (FRE 602); relevance (FRE 402); hearsay (FRE 801, 802).<br><br>This document does not appear to relate to any dispute the Court needs to resolve. It is an email exchange about the timing of cash on hand to pay Old KL employees' severance and discussing use of cashiers' checks. No witness has testified about this document or otherwise provided context for the hearsay in the document. |
| 40 | KNOWLEDGELAKE000005716-000005717 | Defendant objects to this exhibit on the following grounds: lack of foundation (FRE 602); relevance (FRE 402); hearsay (FRE 801, 802).<br><br>This document does not appear to relate to any dispute the Court needs to resolve. It is an email exchange considering Spanish translation services. No witness has testified about this document or otherwise provided context for the hearsay in the document. |

| | | |
|---|---|---|
| 41<br>42<br>43 | KNOWLEDGELAKE000005718<br>KNOWLEDGELAKE000005719<br>KNOWLEDGELAKE000005720 | Defendant objects to these exhibits on the following grounds: lack of foundation (FRE 602); relevance (FRE 402); hearsay (FRE 801, 802).<br><br>Each of these three exhibits is nothing more than an acceptance of a calendar invite without any further information regarding the purpose, subject, or context of these apparent meetings. |
| 44<br>49 | KNOWLEDGELAKE000005721<br>KNOWLEDGELAKE000005731 | Defendant objects to these exhibits on the following grounds: completeness (FRE 106) as these documents were produced without attachments; lack of foundation (FRE 602); relevance (FRE 402); hearsay (FRE 801, 802).<br><br>KNOWLEDGELAKE000005721 is an email from a party that was not deposed in this matter, Steven Hovis, to "hharuki.pfu@us.fujitsu.com; Jen Webb; Bernie Schweiss" that simply lists a "Business Justification Memo Final" as an attachment. There is no content and no attachment.<br><br>KNOWLEDGELAKE000005731 is an e-mail from Gary Wahlig to Bernie Schweiss that lists "SOW for app/dev FY2019" as an attachment. There is no content and no attachment. |
| 48 | KNOWLEDGELAKE000005729-000005730 | Defendant objects to this exhibit on the following grounds: lack of foundation (FRE 602); relevance (FRE 402); hearsay (FRE 801, 802).<br><br>This document does not appear to relate to any dispute the Court needs to resolve. It is an email exchange about potential business opportunities with another company. No witness has testified about this document or otherwise provided context for the hearsay in the document. |

Further, in light of Your Honor's order sustaining Defendant's objection to exhibits and testimony relating to the Teledyne credit card payments (ECF No. 89, 3), Defendant withdraws the following deposition designations:

| Robin Heisler ||
|---|---|
| **Beginning Page: Line** | **End Page: Line** |
| 33:3 | 33:18 |
| 61:11 | 61:14 |

| Kenjiro Tsurumi ||
|---|---|
| **Beginning Page: Line** | **End Page: Line** |
| 57:16 | 58:14 |

Defendant also requests that the following Teledyne-centric testimony designated by Plaintiff be withdrawn:

| Kenjiro Tsurumi ||
|---|---|
| **Beginning Page: Line** | **End Page: Line** |
| 57:16 | 58:14 |

| Robin Heisler ||
|---|---|
| **Beginning Page: Line** | **End Page: Line** |
| 61:5 | 61:7 |
| 62:3 | 62:16 |

Dated: September 20, 2021

Respectfully submitted,

/s/ Robert M. Greenberg
Robert M. Greenberg (#4407)
TYBOUT, REDFEARN & PELL
Rockwood Office Park
501 Carr Road, Suite 300
Wilmington, DE 19809
(302) 657-5550
rgreenberg@trplaw.com

Of Counsel:

Stephen G. Foresta
Alicia A. Baiardo
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020
(212) 548-2100
sforesta@mcguirewoods.com
abaiardo@mcguirewoods.com

*Attorneys for Defendant PFU America, Inc., formerly known as PFU America Group Management, Inc.*